**No. 09-9690. Allah Quddoos Allah, Petitioner v. Hilton Hall, Warden.**

560 U.S. 928, 130 S. Ct. 3326, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4315.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9697. Samuel Abraham, Petitioner v. United States, et al.**

560 U.S. 928, 130 S. Ct. 3326, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4175.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9699. Denise Ann Barbee, Petitioner v. California.**

560 U.S. 928, 130 S. Ct. 3327, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4334.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 09-9703. William D. Jones, Petitioner v. Walter N. Dinwiddie, Warden.**

560 U.S. 928, 130 S. Ct. 3327, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4183.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 364 Fed. Appx. 428.

**No. 09-9704. Clarence Daniels, Petitioner v. California.**

560 U.S. 928, 130 S. Ct. 3327, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4252.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 09-9708. Joshua Todd Woolridge, Petitioner v. James A. Yates, Warden.**

560 U.S. 929, 130 S. Ct. 3327, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4176.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9720. Grace Miles, Petitioner v. United States Court of Appeals for the Ninth Circuit.**

560 U.S. 929, 130 S. Ct. 3350, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4345.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9721. Allen Dewayne Bates, Petitioner v. Beverly Barnice Pratt, et al.**

560 U.S. 929, 130 S. Ct. 3328, 176 L. Ed. 2d 1227, 2010 U.S. LEXIS 4333.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 610.